UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | MAGISTRATE NO. 21-MJ-5 |
| | : | CRIMINAL NO: |
| v. | : | |
| | : | |
| **KENNETH JAVON HALE,** | : | |
| | : | **VIOLATION:** |
| Defendant. | : | **18 U.S.C. § 2252(a)(2)** |
| | : | **(Distribution of Child Pornography)** |
| | : | |
| | : | |
| | : | |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On October 3, 2020, in the District of Columbia and elsewhere, the defendant, **KENNETH JAVON HALE**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2)

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793


By:  */s/Janani Iyengar*
    Janani Iyengar
    N.Y. Bar No. 5225990
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20530
    Telephone No. (202) 252-7760
    Janani.iyengar@usdoj.gov